UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION


IN RE:
JOHN H. HOLLAWAY & JOAN P.       *       CASE NO. 16-41244
HOLLAWAY,       *
     DEBTORS       *       CHAPTER 7

## MOTION TO RE-OPEN CHAPTER 7 PETITION

COME NOW, the above named debtors, by and through their attorney and files this Motion to Re-Open their Chapter 7 proceedings as to the following, to-wit:

Debtors amending their Chapter 7 Schedule B as to a Class Action Suit against AMS Pelvic Repair, etc, Davis & Crump, Attorneys from Gulfport Mississippi, Settlement of $90,000.00.

WHEREFORE, the debtors respectfully moves this Honorable Court to grant this Motion on the terms set out above and for any other, further or different relief as unto the Court seems proper.


Done on this the 24 day of February, 2017.


/s/Shavon L. Richardson

_____
Shavon L. Richardson
Attorney for Debtors
Campbell and Campbell, P.C.
P.O. Drawer 756
Talladega, AL 35161
(256) 761-1858


## CERTIFICATE OF SERVICE

I hereby certify that I have e-mailed a copy of the motion to Rocco J. Leo, Trustee, at rleo@leoandoneal.com and mailed a copy to the attached list of creditors in the U. S. Mail, postage prepaid on this the 24, February, 2017.


/s/Shavon L. Richardson

_____
Shavon L. Richardson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 16-41244-JJR7<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Fri Feb 24 15:17:31 CST 2017 | U. S. Bankruptcy Court<br>1129 Noble Street, Room 117<br>Anniston, AL 36201-4674 | Atlantic Credit & Finance Incorp.<br>P.O. Box 11887<br>Roanoke, VA 24022-1887 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | (p)FORT MCCLELLAN CREDIT UNION<br>PO BOX 5250<br>FT MCCLELLAN AL 36205-0250 | Midland Funding, LLC<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 |
| Regions Bank<br>215 W. North St.<br>Talladega, AL 35160-2033 | Regions Bank<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 | Synchrony Bank<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| United Consumer<br>c/o Bass & Associates,<br>3936 E. Ft. Lowell<br>Suite 200<br>Tucson, AZ 85712-1083 | Joan P. Hollaway<br>80 Mary Jo Lane<br>Linclon, AL 35096-6995 | John H. Hollaway<br>80 Mary Jo Lane<br>Linclon, AL 35096-6995 |
| Megan Campbell Carpenter<br>Campbell and Campbell, PC<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 | Rocco J Leo<br>Leo and O'Neal<br>3250 Independence Drive, Ste 201<br>Birmingham, AL 35209-4187 | Shavon Latress Richardson<br>Campbell & Campbell, P.C.<br>400 South Court Square<br>P.O. Drawer 756<br>Talladega, AL 35161-0756 |

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | |
|---|---|
| Ft. McClellan Credit Union<br>1731 Noble Street<br>Anniston, AL  36201 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |