UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                              )
                                    )
JOHN H. HOLLAWAY,                   )      CASE NO.  16-41244 JJR 7
JOAN P. HOLLAWAY,                   )      CHAPTER 7
                                    )
        Debtors.                    )

REPORT OF UNCLAIMED FUNDS UNDER
BANKRUPTCY RULE 3011

Pursuant to Bankruptcy Code §11347 and Rule 3011, Unclaimed Funds in Chapter 7 Liquidation, a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate shall be filed with the clerk.

| Claim # | Name & Last Known Address | Amount of Dividend |
|---|---|---|
| (Surplus) | John H Hollaway and Joan P Hollaway<br>c/o Shavon Latress Richardson<br>Alabama Consumer Law Group, LLC<br>P.O. Drawer 756<br>Talladega AL  35161 | $30,411.34 |

*Reason: Not cashed within 90 days*

_____

**TOTAL REMITTED TO COURT: $30,411.34**

Date: 01/25/2021                    RESPECTFULLY SUBMITTED,

                                    /s/ Rocco J. Leo
                                    ROCCO J. LEO, TRUSTEE
                                    700 Century Park South
                                    Suite 222
                                    Birmingham, AL 35226
                                    Telephone:  (205) 879-0000
                                    Facsimile: (205) 879-9281
                                    rleo@leoandoneal.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2021, I served a copy of the above and foregoing on all parties listed below:

\_\_\_\_ Facsimile transmission;
\_\_\_\_ Hand delivery;
\_x\_\_ Served via Notice of Electronic Filing:

    Shavon Latress Richardson
    Attorney for the Debtors
    Alabama Consumer Law Group, LLC
    P.O. Drawer 756
    Talladega AL 35161
    shavon@aclg.law

    Honorable Robert J. Landry, III
    Assistant Bankruptcy Administrator
    1129 Noble Street
    Anniston, AL 36201
    robert_landry@alnba.uscourts.gov

    Max C, Pope, Jr.
    Attorney for Trustee
    PO Box 2958
    Birmingham, AL 35202
    max@maxpopejr.com

\_\_\_ Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

    s/ Rocco J. Leo
    Trustee