| Debtor 1 | John | H | Hollaway |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | Joan | P | Hollaway |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Northern District of Alabama

Case number: 16-41244-JJR 7

### ALNB LBF 1340 (8/19)

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

#### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 30,411.34 |
|---|---|
| Claimant's Name: | Adams & Cohen, LLC as Assignee of the Estate of Joan P Hollaway |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P O Box 24048<br>Jacksonville, FL 32241<br>Telephone: 904-204-9148<br>Email: admin@adamscohen.com |

#### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

- [x] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

- [ ] Applicant is a representative of the deceased Claimant's estate.

#### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 23-Apr-2021

Signature of Applicant[4]

Jairo Camargo for Adams & Cohen, LLC
Printed Name of Applicant

Address: P O Box 24048
Jacksonville, FL 32241

Telephone: (904) 204-9148

Email: admin@adamscohen.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)[4]

Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF Florida
COUNTY OF Duval

This Application for Unclaimed Funds, dated April 23, 2021 was subscribed and sworn to before me this 23rd day of April, 20 21 by

Jairo Camargo

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public[5] _____

My commission expires: _____

Oslenys B Alba
Comm. #GG324795
Expires: May 13, 2023
Bonded Thru Aaron Notary

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public[5] _____

My commission expires: _____

---

[4] Signature of Applicant must be an original/wet signature, preferably in blue ink.
[5] Signature of Notary Public must be an original/wet signature, preferably in blue ink.

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Northern District of Alabama
1801 Fourth Ave North
Birmingham, AL 35203.

Names and addresses of all other parties served:

Rocco J Leo, U S Trustee
700 Century Park South, Suite 222
Talladega, AL 35226

Shavron L Richardson, Debtor's Attorney
P O Box Drawer 756
Talladega, AL 35161

Max C Pope, Jr., Trustee's Attorney
P O Box 2958
Birmingham, AL 35202

Date: 23-Apr-2021

(Signature)

Jairo Camargo for Adams & Cohen, LLC
(Name Printed)

P O Box 24048
(Street or P O Box Address)

Jacksonville
(City)

FL
(State)

32241
(Zip Code)