# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| John H. Hollaway and | } | Case No. 16-41244-JJR-7 |
| Joan P. Hollaway, | } | |
| | } | |
| Debtors. | } | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On May 11, 2021, an Application for Payment of Unclaimed Funds, (Doc. 98), was filed for the Claimant, Adams & Cohen, LLC as assignee of the Estate of Joan P. Hollaway, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant is entitled to the unclaimed funds. First, the assignment erroneously refers to the Estate of Joan P. Hollaway as a "creditor" in the case and does not accurately set out the succession of each of the debtors' interests in, and the assignor's entitlement to the funds in paragraph #1. Second, the supporting documents do not make a showing that the last will and testament of John H. Hollaway was probated. Thus, the supporting documents do not establish that his interest in the funds became the property of Joan P. Hollaway upon his death.

**It is, therefore, ORDERED** that the Application for Payment of Unclaimed Funds (Doc. 98) is denied and not approved, without prejudice to the Claimant's right to file an amended application with supporting documents that address the court's concerns above.

So ordered this 12th day of May 2021.

/s/ James J. Robinson
James J. Robinson
Chief U.S. Bankruptcy Judge