# Notice Recipients

District/Off: 1126−1　　　User: admin　　　Date Created: 5/12/2021
Case: 16−41244−JJR7　　　Form ID: pdf000　　　Total: 11

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Rocco J Leo | rleo@leoandoneal.com |
| ba | Robert J Landry | robert_landry@alnba.uscourts.gov |
| aty | Max C. Pope, Jr | max@maxpopejr.com |
| aty | Megan Campbell Carpenter | megan@aclg.law |
| aty | Shavon Latress Richardson | shavon@aclg.law |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | John H. Hollaway | 80 Mary Jo Lane | Linclon, AL 35096 | | |
| jdb | Joan P. Hollaway | 80 Mary Jo Lane | Linclon, AL 35096 | | |
| sp | Robert D Cain, Jr. | Davis & Crump, P.C. | 1712 Fifteenth Street Suite 300 | POB 6829 | Gulfport, MS 395066829 |
| sp | John Kirtley, III | Ferrer, Poirot & Wansbrough | 2603 Oak Lawn Suite | Dallas, TX 75219 | |
| intp | Adams & Cohen LLC | as assignee of Estate Joan Hollaway | P O Box 24048 | Jacksonville, FL 32241 | |
| smg | Robert Landry | BA Anniston | 1129 Noble Street | Room 117 | Anniston, AL 36201 |

TOTAL: 6