United States Bankruptcy Court

Northern District of Alabama

| | |
|---|---|
| In re: | Case No. 16-41244-JJR |
| John H. Hollaway | Chapter 7 |
| Joan P. Hollaway | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: pdf000 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Hollaway, Joan P. Hollaway, 80 Mary Jo Lane, Linclon, AL 35096-6995 |
| intp | + | Adams & Cohen LLC, as assignee of Estate Joan Hollaway, P O Box 24048, Jacksonville, FL 32241-4048 |
| sp | + | John Kirtley, III, Ferrer, Poirot & Wansbrough, 2603 Oak Lawn Suite, Dallas, TX 75219-4021 |
| sp | | Robert D Cain, Jr., Davis & Crump, P.C., 1712 Fifteenth Street Suite 300, POB 6829, Gulfport, MS 395066829 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_eastern@alnba.uscourts.gov | May 13 2021 01:33:00 | Robert Landry, BA Anniston, 1129 Noble Street, Room 117, Anniston, AL 36201-4674 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Max C. Pope, Jr | on behalf of Trustee Rocco J Leo max@maxpopejr.com maxpopejr@gmail.com;sandra@maxpopejr.com;maxpopeoffice@gmail.com |
| Megan Campbell Carpenter | on behalf of Joint Debtor Joan P. Hollaway megan@aclg.law  notice@aclg.law |

Megan Campbell Carpenter
 on behalf of Debtor John H. Hollaway megan@aclg.law  notice@aclg.law

Robert J Landry
 robert_landry@alnba.uscourts.gov  courtmailann@alnba.uscourts.gov

Rocco J Leo
 rleo@leoandoneal.com  rleo@ecf.axosfs.com

Shavon Latress Richardson
 on behalf of Debtor John H. Hollaway shavon@aclg.law  notice@aclg.law

Shavon Latress Richardson
 on behalf of Joint Debtor Joan P. Hollaway shavon@aclg.law  notice@aclg.law

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

IN RE:  }
        }
**John H. Hollaway and**   }   Case No. 16-41244-JJR-7
**Joan P. Hollaway,**      }
        }
    **Debtors.**   }

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

    On May 11, 2021, an Application for Payment of Unclaimed Funds, (Doc. 98), was filed for the Claimant, Adams & Cohen, LLC as assignee of the Estate of Joan P. Hollaway, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation fail to establish that the Claimant is entitled to the unclaimed funds. First, the assignment erroneously refers to the Estate of Joan P. Hollaway as a "creditor" in the case and does not accurately set out the succession of each of the debtors' interests in, and the assignor's entitlement to the funds in paragraph #1. Second, the supporting documents do not make a showing that the last will and testament of John H. Hollaway was probated. Thus, the supporting documents do not establish that his interest in the funds became the property of Joan P. Hollaway upon his death.

    **It is, therefore, ORDERED** that the Application for Payment of Unclaimed Funds (Doc. 98) is denied and not approved, without prejudice to the Claimant's right to file an amended application with supporting documents that address the court's concerns above.

    So ordered this 12th day of May 2021.

                                                            /s/ James J. Robinson
                                                            James J. Robinson
                                                            Chief U.S. Bankruptcy Judge