# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| John H. Hollaway } | **Case No: 16-41244-JJR7** |
| SSN: XXX-XX-5663 } | |
| Joan P. Hollaway } | |
| SSN: XXX-XX-0279 } | |
| DEBTOR(S). } | |

## ORDER DENYING

This matter came before the Court on Thursday, July 29, 2021 09:40 AM, for a hearing on the following:

    RE: Doc #102; Application for Payment of Unclaimed Funds in the amount of $15,205.67 filed by Jairo Camargo for Adams & Cohen, LLC as assignee of the Estate of Joan P. Hollaway

Proper notice of the hearing was given and appearances were made by the following:
    Max C. Pope Jr, attorney for Rocco J Leo  (Trustee)
    Gabe Carpenter, attorney for Joan P. Hollaway  (Joint Debtor)
    Gabe Carpenter, attorney for John H. Hollaway  (Debtor)
    Rocco J Leo (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    For the reasons stated on the record, the Application is DENIED without prejudice.

Dated: 07/29/2021
    /s/ JAMES J. ROBINSON
    JAMES J. ROBINSON
    Chief United States Bankruptcy Judge