# Notice Recipients

District/Off: 1126–1     User: admin     Date Created: 07/29/2021

Case: 16–41244–JJR7     Form ID: pdf000     Total: 21

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Rocco J Leo | rleo@leoandoneal.com |
| ba | Robert J Landry | robert_landry@alnba.uscourts.gov |
| aty | Max C. Pope, Jr | max@maxpopejr.com |
| aty | Megan Campbell Carpenter | megan@aclg.law |
| aty | Shavon Latress Richardson | shavon@aclg.law |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | John H. Hollaway | 80 Mary Jo Lane    Linclon, AL 35096 |
| jdb | Joan P. Hollaway | 80 Mary Jo Lane    Linclon, AL 35096 |
| sp | Robert D Cain, Jr. | Davis & Crump, P.C.    1712 Fifteenth Street Suite 300    POB 6829    Gulfport, MS 395066829 |
| sp | John Kirtley, III | Ferrer, Poirot & Wansbrough    2603 Oak Lawn Suite    Dallas, TX 75219 |
| intp | Adams & Cohen LLC | as assignee of Estate Joan Hollaway    P O Box 24048    Jacksonville, FL 32241 |
| smg | Robert Landry | BA Anniston    1129 Noble Street    Room 117    Anniston, AL 36201 |
| 9080568 | Atlantic Credit & Finance Incorp. | PO Box 939069    San Diego, CA 92193 |
| 9080569 | Capital One | P.O. Box 30285    Salt Lake City, UT 84130 |
| 9680253 | Capital One Bank (USA), N.A. | PO Box 71083    Charlotte, NC 28272–1083 |
| 10104127 | Fort McClellan Credit Union | 1010 Golden Springs Rd    Anniston, AL 36207–6920 |
| 9080570 | Ft. McClellan Credit Union | 1731 Noble Street    Anniston, AL 36201 |
| 9080571 | Midland Funding, LLC | 2365 Northside Dr.    #300    San Diego, CA 92108 |
| 9080572 | Regions Bank | 215 W. North St.    Talladega, AL 35160 |
| 9080573 | Regions Bank | P.O. Box 10063    Birmingham, AL 35202 |
| 9080574 | Synchrony Bank | P.O. Box 965036    Orlando, FL 32896 |
| 9080575 | United Consumer | c/o Bass & Associates,    3936 E. Ft. Lowell    Suite 200    Tucson, AZ 85712 |

TOTAL: 16