United States Bankruptcy Court
Northern District of Alabama

In re:                  Case No. 16-41244-JJR
John H. Hollaway       Chapter 7
Joan P. Hollaway
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-1     User: admin     Page 1 of 2
Date Rcvd: Jul 29, 2021     Form ID: pdf000     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John H. Hollaway, Joan P. Hollaway, 80 Mary Jo Lane, Linclon, AL 35096-6995 |
| intp | + | Adams & Cohen LLC, as assignee of Estate Joan Hollaway, P O Box 24048, Jacksonville, FL 32241-4048 |
| sp | + | John Kirtley, III, Ferrer, Poirot & Wansbrough, 2603 Oak Lawn Suite, Dallas, TX 75219-4021 |
| sp | | Robert D Cain, Jr., Davis & Crump, P.C., 1712 Fifteenth Street Suite 300, POB 6829, Gulfport, MS 395066829 |
| 9080568 | + | Atlantic Credit & Finance Incorp., PO Box 939069, San Diego, CA 92193-9069 |
| 9080570 | ++ | FORT MCCLELLAN CREDIT UNION, PO BOX 5250, FT MCCLELLAN AL 36205-0250 address filed with court:, Ft. McClellan Credit Union, 1731 Noble Street, Anniston, AL 36201 |
| 10104127 | | Fort McClellan Credit Union, 1010 Golden Springs Rd, Anniston, AL 36207-6920 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_eastern@alnba.uscourts.gov | Jul 29 2021 23:09:00 | Robert Landry, BA Anniston, 1129 Noble Street, Room 117, Anniston, AL 36201-4674 |
| 9080569 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:10:45 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 9680253 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 23:10:45 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 9080571 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2021 23:09:00 | Midland Funding, LLC, 2365 Northside Dr., #300, San Diego, CA 92108-2709 |
| 9080573 | + | Email/Text: newbk@Regions.com | Jul 29 2021 23:09:00 | Regions Bank, P.O. Box 10063, Birmingham, AL 35202-0063 |
| 9080572 | + | Email/Text: newbk@Regions.com | Jul 29 2021 23:09:00 | Regions Bank, 215 W. North St., Talladega, AL 35160-2033 |
| 9080574 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 29 2021 23:11:03 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 9080575 | + | Email/Text: bnc@bass-associates.com | Jul 29 2021 23:08:00 | United Consumer, c/o Bass & Associates,, 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Max C. Pope, Jr | on behalf of Trustee Rocco J Leo max@maxpopejr.com maxpopejr@gmail.com;sandra@maxpopejr.com;maxpopeoffice@gmail.com |
| Megan Campbell Carpenter | on behalf of Joint Debtor Joan P. Hollaway megan@aclg.law notice@aclg.law |
| Megan Campbell Carpenter | on behalf of Debtor John H. Hollaway megan@aclg.law notice@aclg.law |
| Robert J Landry | robert_landry@alnba.uscourts.gov courtmailann@alnba.uscourts.gov |
| Rocco J Leo | rleo@leoandoneal.com rleo@ecf.axosfs.com |
| Shavon Latress Richardson | on behalf of Joint Debtor Joan P. Hollaway shavon@aclg.law notice@aclg.law |
| Shavon Latress Richardson | on behalf of Debtor John H. Hollaway shavon@aclg.law notice@aclg.law |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| John H. Hollaway } | **Case No: 16-41244-JJR7** |
| SSN: XXX-XX-5663 } | |
| Joan P. Hollaway } | |
| SSN: XXX-XX-0279 } | |
| DEBTOR(S). } | |

## ORDER DENYING

This matter came before the Court on Thursday, July 29, 2021 09:40 AM, for a hearing on the following:

RE: Doc #102; Application for Payment of Unclaimed Funds in the amount of $15,205.67 filed by Jairo Camargo for Adams & Cohen, LLC as assignee of the Estate of Joan P. Hollaway

Proper notice of the hearing was given and appearances were made by the following:

Max C. Pope Jr, attorney for Rocco J Leo  (Trustee)
Gabe Carpenter, attorney for Joan P. Hollaway  (Joint Debtor)
Gabe Carpenter, attorney for John H. Hollaway  (Debtor)
Rocco J Leo (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the Application is DENIED without prejudice.

Dated: 07/29/2021

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
Chief United States Bankruptcy Judge